IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN W. HERNANDEZ and DAVID
DRWENCKE, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.                                                Case No. 4:21-cv-247-AW-MAF

FLORIDA BOARD OF BAR
EXAMINERS, et al.,

    Defendants.

_____/

## JUDGMENT

Final judgment is entered in Defendants' favor. All claims against the Florida Board of Bar Examiners are dismissed without prejudice based on Eleventh Amendment immunity. All claims against Michele Gavagni in her individual capacity are dismissed based on qualified immunity. All claims brought by Steven Hernandez are dismissed without prejudice for lack of standing. All remaining claims are dismissed on the merits.

                                                                JESSICA J. LYUBLANOVITS
                                                                 CLERK OF COURT

September 30, 2024                        s/A. Tinaya-Miller
Date                                                       Deputy Clerk: A. Tinaya-Miller